242 So.2d 248

**C. I. T. CORPORATION**

v.

**J. B. LEE TRACTOR & IMPLEMENT COMPANY, Inc., et al.**

No. 51045.

Jan. 5, 1971.

SUMMERS, J., is of the opinion the writ should be granted.

GLADNEY, J., dissents from denial of writ.